**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
OMAR NAGY, ESQ.
Nevada Bar No. 15293
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM RABAGO, an individual;<br><br>Plaintiff,<br>v.<br><br>LAURA MAZEL, an individual; EMMETT REED, an individual; DOES I through X, inclusive; and ROES I through X, inclusive;<br><br>Defendants. | CASE NO.: 2:24-cv-00356-JAD-EJY<br><br>**Stipulation and Order of Dismissal**<br><br>ECF No. 31 |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff WILLIAM RABAGO, and Defendants LAURA MAZEL and EMMETT REED, by and through their respective counsel of record, that the claims asserted by WILLIAM RABAGO, against Defendants LAURA MAZEL and EMMETT REED be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

The parties request that all pending deadlines, hearings, and trial date currently set in this

1                                                                                                       KB/19885-6

case be VACATED.

DATED this 28th day of Jan 2025.

HALL & EVANS, LLC.

KURT R. BONDS, ESQ.
Nevada Bar #6228
OMAR NAGY, ESQ.
Nevada Bar #15293
1160 North Town Center Drive Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
Attorneys for *Defendants*

DATED this 15 day of January 2025.

LAWRENCE C. HILL & ASSOCIATES

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
Attorneys for *Plaintiff*
*William Rabago*

## ORDER

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2025

2

KB/19885-6